1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT

8                            CENTRAL DISTRICT OF CALIFORNIA

9

10

11   GREGG L. BARNES, aka          ) Case No. EDCV 08-0589-AG(RC)
     GREGGORY L. BARNES,           )          EDCV 08-0751-AG(RC)
12                                 )
                    Petitioner,    )
13   vs.                           ) ORDER ADOPTING REPORT AND
                                   ) RECOMMENDATION OF UNITED STATES
14   JAMES A. YATES, Warden,[1]    ) MAGISTRATE JUDGE AND ORDER DENYING
                                   ) CERTIFICATE OF APPEALABILITY
15                  Respondent.    )
     _____)
16

17        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

18   petition and other papers along with the attached Report and

19   Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

20   as well as petitioner's objections, and has made a _de novo_

21   determination.

22

23        IT IS ORDERED that (1) the Report and Recommendation is

24   approved and adopted; (2) the Report and Recommendation is adopted

25   as the findings of fact and conclusions of law herein; and (3)

26

27
          [1]  Pursuant to Fed. R. Civ. P. 25(d)(1), James A. Yates is
28    substituted as respondent.

1  Judgment shall be entered denying the petition for writ of habeas

2  corpus and dismissing the action with prejudice.

3

4      This Court finds an appeal would not be taken in good faith,

5  and petitioner has not made a substantial showing that he has been

6  denied a constitutional right, for the reasons set forth in the

7  Report and Recommendation of the United States Magistrate Judge;

8  accordingly, a certificate of appealability should not issue under

9  28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  Slack v.

10 McDaniel, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d

11 542 (2000); Mayfield v. Calderon, 229 F.3d 895, 900 (9th Cir. 2000).

12

13     IT IS FURTHER ORDERED that the Clerk shall serve copies of this

14 Order and the Magistrate Judge's Report and Recommendation by the

15 United States mail on petitioner.

16

17 DATED: August 31, 2010

18                                   _____
                                        ANDREW J. GUILFORD
19                                   UNITED STATES DISTRICT JUDGE

20 R&Rs\08-0589.ado2
   8/2/10

21

22

23

24

25

26

27

28                                  2